UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust<br>      Plaintiff,<br>v.<br><br>Michael J. Diorio;<br>Christine L. Diorio;<br>Cavalry Portfolio Services LLC<br>      Defendants | Civil Action No. 1:23-cv-00488-JJM-LDA<br><br>November 29, 2023 |

### DISCLOSURE STATEMENT AS TO U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE FOR THE BUNGALOW SERIES IV TRUST

Pursuant to Rule 7.1(a)(2), Fed.R.Civ.P., the undersigned hereby discloses that U.S. Bank Trust, National Association, is a national banking association organized and operating under the National Bank Act (12 U.S.C. § 21, et seq.) and is subject to the regulation and supervision of the Comptroller of the Currency of the United States Department of the Treasury. U.S. Bank Trust, National Association is the Trustee of the Bungalow Series IV Trust, a mortgage trust with its principal place of business in Scottsdale, Arizona.

Neither U.S. Bank Trust nor the Bungalow Series IV Trust are LLCs.

Respectfully submitted,
U.S. Bank Trust National Association as
Trustee of the Bungalow Series IV Trust,
by its attorney,

*/s/ David A. Shaw*
David A. Shaw, Esq. (3497)
Demerle Hoeger, LLP
10 City Square
Boston, MA 02129
(617) 337-4444

## CERTIFICATE OF SERVICE

I, David A. Shaw, Esq. hereby certify that I have this 29th day of November, 2023, 2023, served the foregoing via the electronic court filing service (ECF) to all parties of record.

/s/ David A. Shaw
David A. Shaw, Esq. (3497)